| | |
|---|---|
| Debtor 1 | JENNIFER SHAPIRO |
| United States Bankruptcy Court for the: District of Southern New York | |
| Case Number: 14-36307-CGM-13 | |

## Form 4100N

## Notice of Final Cure Payment
**10/15**

According to Bankruptcy Rule 3002.1 (f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor has completed all payments under the plan.

**Part 1: Mortgage Information**

| | Court Claim No.: |
|---|---|
| Name of Creditor: U.S. BANK TRUST NATIONAL ASSOC. | 006 |
| Last 4 digits of any number you use to identify the debtor's account: | 8640 |
| Property Address: 8 LEXINGTON AVE, HIGHLANDS MILLS, NY 10930 | |

**Part 2: Cure Amount**

| Total cure disbursements made by the trustee: | Amount |
|---|---|
| (a) Allowed prepetition arrearage: | $2,406.00 |
| (b) Prepetition arrearage paid by the trustee: | $2,406.00 |
| (c) Amount of post-petition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1 (c): | $0.00 |
| (d) Amount of post –petition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1 (c) and paid by the trustee: | $0.00 |
| (e) Allowed post-petition arrearage: | $0.00 |
| (f) Post-petition arrearage paid by the trustee: | $0.00 |
| (g) **Total:** Add lines b, d, and f. | $2,406.00 |

JENNIFER SHAPIRO

Case Number: 14-36307-CGM-13

## Part 3: Post-petition Mortgage payment

*Check one:*

☐      Mortgage is paid through the trustee.
Current monthly mortgage payment    $_____
The next post-petition payment is due on:    _____/_____/_____
                                                       MM        DD       YYYY

☒      Mortgage is paid directly by the debtor.

## Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor, their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor has paid in full the amount required to cure the default and stating whether the debtor has (i) paid all outstanding post-petition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, is current on all post-petition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor and the creditor.

     X __/s/_ Krista M. Preuss_____    Date   8/9/2019
     Krista M. Preuss              JF

Address      Chapter 13 Standing Trustee
                 399 Knollwood Road, Suite 102
                 White Plains, NY 10603

Contact Phone (914) 328-6333      Email    info@ch13kp.com_____

JENNIFER SHAPIRO                                          Case Number: 14-36307-CGM-13

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 9, 2019, I served by prepaid first class mail a copy of the Notice of Final Cure Payment on all interested parties at the following addresses:

U.S. BANK TRUST NATIONAL ASSOC.
c/o BSI FINANCIAL SERVICES
P.O. BOX 517
TITUSVILLE, TX 16354

U.S. BANK TRUST NATIONAL ASSOC.
C/O BSI FINANCIAL SERVICES
1425 GREENWAY DRIVE, STE 400
IRVING, TX 75038

JENNIFER SHAPIRO
8 LEXINGTON AVE
HIGHLAND MILLS, NY 10930

WARREN GREHER, ESQ.
1161 LITTLE BRITAIN ROAD
SUITE B
NEW WINDSOR, NY 12553

Dated: August 9, 2019                          By: /s/ Jesse Furst
                                                    Chapter 13/Staff Member