**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Jennifer Shapiro aka Jennifer Shapiro-Mawbray |
| Debtor 2 (Spouse, if filing) | |

United States Bankruptcy Court for the: __Southern__ District of __NY__
(State)

Case number __14-36307-cgm__

## Form 4100R

# Response to Notice of Final Cure Payment                                    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

---

**Part 1:   Mortgage Information**

**Name of creditor:**   U.S. Bank Trust National Association, as Trustee of the Bungalow Series III Trust

**Court claim no.** (if known): __6-1__

**Last 4 digits** of any number you use to identify the debtor's account:   8   6   4   0

**Property address:**   8 Lexington Avenue
Number        Street

Highland Mills, NY 10930
City                        State        ZIP Code

---

**Part 2:   Prepetition Default Payments**

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:                                                                                                            $ _____

---

**Part 3:   Postpetition Mortgage Payment**

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   ___ / ___ / _____
                                                                                            MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.   Total postpetition ongoing payments due: **less suspense of $1,640.00                    (a)   $ 7,672.48

b.   Total fees, charges, expenses, escrow, and costs outstanding:                              + (b)   $ 0.00

c.   **Total**. Add lines a and b.                                                                            (c)   $ 7,672.48

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   05 / 01 / 2019
                                    MM / DD / YYYY

---

| Debtor 1 | Jennifer Shapiro aka Jennifer Shapiro-Mawbray | | | Case number *(if known)* | 14-36307-cgm |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 4:    Itemized Payment History**

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

---

**Part 5:    Sign Here**

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ **/s/ Jonathan Schwalb**                                            Date  08 / 28 / 2019
   Signature

Print      Jonathan Schwalb                                          Title    Creditor's Attorney
   First Name        Middle Name        Last Name

Company    Friedman Vartolo, LLP

If different from the notice address listed on the proof of claim to which this response applies:

Address    85 Broad Street, Suite 501
   Number            Street

   New York, NY 10004
   City                         State      ZIP Code

Contact phone  ( 212 ) 471 – 5100          Email  bankruptcy@friedmanvartolo.com

---

| BK Case | 14-36307 | * Prior to 12/2011 payment changes were not required to be filed in courts or with Proof of claim | | | | | |
|---|---|---|---|---|---|---|---|
| BK Filing Date | 6/26/2014 | | | | | | |
| First Post date | 7/1/2014 | | | | | | |
| Pmt Change Filed | Filling Date | Effective date | Amount | PI | Escrow | Others | Comment |
| POC pmt Filed | 8/3/2015 | 7/1/2014 | $2,347.50 | $1,269.92 | $1,077.58 | | |
| Pmt Change Filed | 4/5/2017 | 5/1/2017 | $2,348.34 | $1,269.92 | $1,078.42 | | |
| Pmt Change Filed | 1/12/2018 | 3/1/2018 | $2,328.12 | $1,269.92 | $1,058.20 | | |
| Pmt Change Filed | | | $0.00 | | | | |

| Date Rcvd | Amount Rcvd/Rvd | Amount Due | Due Date | Suspense | |
|---|---|---|---|---|---|
| 11/19/2015 | $2,405.72 | $2,347.50 | 8/1/2015 | $ | 58.22 | Over here we have calculated the payment history on below details. |
| 12/17/2015 | $2,405.72 | $2,347.50 | 9/1/2015 | $ | 116.44 |
| 1/22/2016 | $2,406.39 | $2,347.50 | 10/1/2015 | $ | 175.33 |
| 3/1/2016 | $2,405.72 | $2,347.50 | 11/1/2015 | $ | 233.55 |
| 3/14/2016 | $2,405.72 | $2,347.50 | 12/1/2015 | $ | 291.77 |
| 4/5/2016 | $2,406.43 | $2,347.50 | 1/1/2016 | $ | 350.70 |
| 5/18/2016 | $2,405.72 | $2,347.50 | 2/1/2016 | $ | 408.92 |
| 6/17/2016 | $2,405.72 | $2,347.50 | 3/1/2016 | $ | 467.14 |
| 7/25/2016 | $2,406.10 | $2,347.50 | 4/1/2016 | $ | 525.74 |
| 9/12/2016 | $2,408.82 | $2,347.50 | 5/1/2016 | $ | 587.06 |
| 12/1/2016 | $2,405.72 | $2,347.50 | 6/1/2016 | $ | 645.28 |
| 1/17/2017 | $2,405.72 | $2,347.50 | 7/1/2016 | $ | 703.50 |
| 3/1/2017 | $2,405.72 | $2,347.50 | 8/1/2016 | $ | 761.72 |
| 3/30/2017 | $3,307.27 | $2,347.50 | 9/1/2016 | $ | 1,721.49 |
| 4/3/2017 | $2,405.72 | $2,347.50 | 10/1/2016 | $ | 1,779.71 |
| 4/25/2017 | $2,348.34 | $2,347.50 | 11/1/2016 | $ | 1,780.55 |
| 6/1/2017 | $2,348.34 | $2,347.50 | 12/1/2016 | $ | 1,781.39 |
| 7/17/2017 | $2,350.49 | $2,347.50 | 1/1/2017 | $ | 1,784.38 |
| 12/1/2017 | $2,509.14 | $2,347.50 | 2/1/2017 | $ | 1,946.02 |
| 3/5/2018 | $2,328.12 | $2,347.50 | 3/1/2017 | $ | 1,926.64 |
| 3/13/2018 | $2,328.12 | $2,347.50 | 4/1/2017 | $ | 1,907.26 |
| 3/14/2018 | $2,328.12 | $2,348.34 | 5/1/2017 | $ | 1,887.04 |
| | | $2,348.34 | 6/1/2017 | $ | -461.30 |
| | | $2,348.34 | 7/1/2017 | $ | -2,809.64 |
| | | $2,348.34 | 8/1/2017 | $ | -5,157.98 |
| | | $2,348.34 | 9/1/2017 | $ | -7,506.32 |
| | | $2,348.34 | 10/1/2017 | $ | -9,854.66 |
| | | $2,348.34 | 11/1/2017 | $ | -12,203.00 |
| | | $2,348.34 | 12/1/2017 | $ | -14,551.34 |
| | | $2,348.34 | 1/1/2018 | $ | -16,899.68 |
| | | $2,348.34 | 2/1/2018 | $ | -19,248.02 |
| | | $2,348.34 | 3/1/2018 | $ | -21,596.36 |
| | | $2,348.34 | 4/1/2018 | $ | -23,944.70 |
| | | $1,031.00 | Fees | $ | -24,975.70 |
| Agreed Order Entered | | | | | |
| 4/24/2018 | $2,328.12 | $3,500.00 | Lumpsum | $ | 715.16 |
| 5/2/2018 | $2,328.12 | $2,328.12 | 4/1/2018 | $ | 715.16 |
| 5/10/2018 | $7,115.70 | $3,615.70 | 4/15/2018 | $ | 4,215.16 |
| 5/22/2018 | $10,847.10 | $2,328.12 | 5/1/2018 | $ | 12,734.14 |
| 6/25/2018 | $2,328.12 | $3,615.70 | 5/15/2018 | $ | 11,446.56 |
| 7/27/2018 | $2,328.12 | $2,328.12 | 6/1/2018 | $ | 11,446.56 |
| 7/27/2018 | | $3,615.70 | 6/15/2018 | $ | 7,830.86 |
| 7/27/2018 | | $2,328.12 | 7/1/2018 | $ | 5,502.74 |
| 7/27/2018 | | $3,615.70 | 7/15/2018 | $ | 1,887.04 |
| 11/13/2018 | $2,328.12 | $2,328.12 | 8/1/2018 | $ | 1,887.04 |
| 11/30/2018 | $2,328.12 | $3,615.70 | 8/15/2018 | $ | 599.46 |
| 12/21/2018 | $2,328.12 | $2,328.12 | 10/1/2018 | $ | 599.46 |
| 3/6/2019 | $2,328.12 | $2,328.12 | 11/1/2018 | $ | 599.46 |
| 3/19/2019 | $4,656.24 | $3,615.70 | 9/15/2018 | $ | 1,640.00 |
| 3/21/2019 | $2,328.12 | $2,328.12 | 12/1/2018 | $ | 1,640.00 |
| 5/15/2019 | $2,328.12 | $2,328.12 | 1/1/2019 | $ | 1,640.00 |
| 6/20/2019 | $2,328.12 | $2,328.12 | 2/1/2019 | $ | 1,640.00 |
| 7/19/2019 | $2,328.12 | $2,328.12 | 3/1/2019 | $ | 1,640.00 |
| | | | 4/1/2019 | $ | 1,640.00 | DUE |
| | | | | $ | 1,640.00 |
| | | | | $ | 1,640.00 |
| | | | | $ | 1,640.00 |
| | | | | $ | 1,640.00 |
| | | | | $ | 1,640.00 |
| | | | | $ | 1,640.00 |
| | | | | $ | 1,640.00 |
| | | | | $ | 1,640.00 |
| | | | | $ | 1,640.00 |
| | | | | $ | 1,640.00 |
| | | | | $ | 1,640.00 |
| | | | | $ | 1,640.00 |
| | | | | $ | 1,640.00 |
| | | | | $ | 1,640.00 |

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
                                                              :
                                                              :
IN RE:                                                        :    CASE NO.: 14-36307-cgm
                                                              :
                                                              :    CHAPTER: 13
Jennifer Shapiro                                              :
*aka Jennifer Shapiro-Mawbray*,                               :    HON. JUDGE.: Cecelia G.
                                                              :    Morris
Debtor.                                                       :
                                                              :
                                                              :
                                                              :
---------------------------------------------------------------X

## <u>CERTIFICATE OF SERVICE</u>

On August  28 , 2019, I served a true copy of the annexed **RESPONSE TO NOTICE OF FINAL CURE PAYMENT by** mailing the same by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

By: /s/ Jonthan Schwalb
FRIEDMAN VARTOLO LLP
85 Broad Street, Suite 501
New York, New York 10004
T: (212) 471-5100
F: (212) 471-5150

## SERVICE LIST

Jennifer Shapiro
8 Lexington Avenue
Highland Mills, NY 10930
***Debtor***

Warren Greher
Greher Law Offices, P. C.
1161 Little Britain Road
Suite B
New Windsor, NY 12553
***Debtor's Attorney***

Krista M. Preuss
Chapter 13 Standing Trustee
399 Knollwood Road
White Plains, NY 10603
***Trustee***

United States Trustee
Office of the United States Trustee
11A Clinton Ave.
Room 620
Albany, NY 12207
***U.S. Trustee***